**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JFY Properties LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1023092** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5501 Pulaski Highway**<br>**Baltimore, MD 21205**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City**<br>County | **Location of principal assets, if different from principal place of business**<br>**3610 Dillon Street Baltimore, MD 21224 Baltimore, MD 21224**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://3610dillon.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **JFY Properties LLC**                                           Case number (*if known*) _____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____ **5313** _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| Debtor | **JFY Properties LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | **JFY Properties II LLC** | Relationship | **Owned by JFY Properties LLC** |
|---|---|---|---|---|
| | District | **D. Md.** | When **5/26/26** | Case number, if known **TBD** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor   **JFY Properties LLC**
Name

Case number (*if known*)

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2026**
MM / DD / YYYY

**X** **/s/ David Penner**
Signature of authorized representative of debtor

**David Penner**
Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**
Signature of attorney for debtor

Date **May 26, 2026**
MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone   **301-441-2420**    Email address   **jfasano@mhlawyers.com**

**28659 MD**
Bar number and State

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

**Resolutions of**
**JFY PROPERTIES LLC AND**
**JFY PROPERTIES II LLC**

WHEREAS, the undersigned, being all of the members of JFY Properties LLC and JFY Properties II LLC (the "Companies"), do hereby resolve as follows:

WHEREAS, the Companies have determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Companies have determined that it is in the best interests of the Companies, their creditors, members and other interested parties that the Companies file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Maryland or such other jurisdiction as advisors to the Companies shall recommend (the "Chapter 11 Cases"); and

WHEREAS, the Companies have reviewed, considered, and received the recommendations of professionals and advisors to the Companies as to the prospects and options for successfully reorganizing or liquidating through chapter 11 bankruptcy proceedings;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Companies shall each file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Maryland or such other jurisdiction as advisors to the Companies shall recommend (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code in such form and at such time as the Companies shall determine; and it is

FURTHER RESOLVED, that the Companies shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Companies and to represent the Companies in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Companies shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 11 cases and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Companies, which acts would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Companies to seek relief of behalf of the Companies under chapter 11 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies.

Date: May 26, 2026                    JFY Properties II LLC

                                By: JFY Properties LLC

                                        By:    DAVID PENNER

                                               __/s/ David Penner
                                               David Penner
                                               Member

                                               By: CARROLL L. BOND,
                                               JR., INVESTMENT TRUST

                                               __/s/ David Penner
                                               David          Penner,
                                               Trustee


                                JFY Properties LLC

                                        By:    DAVID PENNER

                                               __/s/ David Penner
                                               David Penner
                                               Member

                                               By:  CARROLL  L.  BOND,
                                               JR., INVESTMENT TRUST

                                               __/s/ David Penner
                                               David              Penner,
                                               Independent Trustee

Fill in this information to identify the case:

Debtor name   **JFY Properties LLC**

United States Bankruptcy Court for the:   **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fund Investment 171, LLC 700 Forest Avenue Birmingham, MI 48009** | | **JFY Properties II LLC - % Ownership: 100** | **Disputed** | **$12,063,989.68** | **$4,500,000.00** | **$7,563,989.68** |
| **Shapiro Sher Guinot & Sandler, P.A. 250 West Pratt Street, Suite 2000 Baltimore, MD 21201** | | **Legal** | | | | $9,626.24 |
| **Otis Elevator Company P.O. Box 13716 Newark, NJ 07188-0716** | | **Maintenance** | | | | $350.00 |

Carroll L. Bond, Jr., Investment Trust
4303 Reflections Parkway
Sarasota, FL 34233


David Penner
757 SE 17th Street
Fort Lauderdale, FL 33316


Fund Investment 171, LLC
700 Forest Avenue
Birmingham, MI 48009


JFY Properties II LLC
5501 Pulaski Highway
Baltimore, MD 21205


Otis Elevator Company
P.O. Box 13716
Newark, NJ 07188-0716


Shapiro Sher Guinot & Sandler, P.A.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201

# United States Bankruptcy Court
## District of Maryland

In re    **JFY Properties LLC**
                                                    Debtor(s)

Case No. _____

Chapter    **11**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JFY Properties LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carroll L. Bond, Jr., Investment Trust
4303 Reflections Parkway
Sarasota, FL 34233**

☐ None [*Check if applicable*]

**May 26, 2026**

Date

**/s/ Justin P. Fasano**

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for   **JFY Properties LLC**

**McNamee Hosea,  P.A.**

**6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-2420 Fax:301-982-9450
jfasano@mhlawyers.com**